IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY T. GARNER, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION 05-0088-BH-M |
| | : |
| NURSE DAILEY, et al., | : |
| | : |
| Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed despite an extension of time granted for same, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to obey the Court's Order.

**DONE** this 1st day of August, 2005.

                                                          s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE