```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

| | |
|---|---|
| TIMOTHY T. GARNER, | : |
| | : |
|     Plaintiff, | : |
| | : |
| vs. | :   CIVIL ACTION 05-0088-BH-M |
| | : |
| NURSE DAILEY, et al., | : |
| | : |
|     Defendants. | : |

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 1st day of August, 2005.

                                                s/ W. B. Hand
                                           SENIOR DISTRICT JUDGE